# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV11-00031 JAK (RNBx) | Date | October 19, 2011 |
|---|---|---|---|
| Title | Baskin Robbins Franchising, LLC, et al. v. Yun World, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL RE LACK OF PROSECUTION

The Court, on its own motion, orders Plaintiffs to show cause in writing no later than **November 3, 2011**, why this action should not be dismissed for lack of prosecution. Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiffs shall file a motion for default judgment as to Defendants Yun World, Inc., Hye Sung Yun, and Chu Han Yun. Plaintiffs are advised that the Court will consider the filing of a motion, which complies with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

The Order to Show Cause will stand submitted upon the filing of an appropriate response. Failure to file a response will result in the dismissal of this matter.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |